465 A.2d 1231

**COMMONWEALTH of Pennsylvania**

v.

**Bradford Douglas RITZ, Petitioner.**

**Allocatur Docket No. 116 W.D.**

Supreme Court of Pennsylvania.

Sept. 21, 1983.

## ORDER

PER CURIAM:

AND NOW TO WIT this 21st day of September 1983, Petition for Allowance of Appeal [from —— Pa.Super. ——,

457 A.2d 966] is granted. The judgment of sentence of the court of common pleas of Westmorelend County is vacated, and the matter is remanded to the court of common pleas for the purpose of holding a new suppression hearing limited to petitioner's allegation that the police entered the premises without first knocking and announcing their identity, purpose and authority.